■ DONALD MAY et al., Appellants, v. SIMACK CORP. et al., Respondents.— Order entered on July 11, 1960, granting defendants-respondents' motion, pursuant to rule 90 of the Rules of Civil Practice, and requiring the plaintiffs-

appellants to serve a second amended complaint, separately stating and numbering the alleged various causes of action, unanimously affirmed, with $20 costs and disbursements to the respondents. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.